Manuel Krupit, Appellee, v. J. L. Younghusband et al., Appellants, and Associated Distributors, Inc., Defendant.

Gen. No. 45,126.

Petit, Olin & Overmyer, for appellants; Henry W. Kenoe and Raphael Fine, for appellee. Opinion by Justice Friend. Not to be published in full. Opinion filed December 12, 1950; released for publication January 17, 1951.

Van Huffel Tube Corporation, Appellee, v. Samuel M. Sher, Trading as Samuel M. Sher Company, Appellant.

Gen. No. 45,144.

Mort. D. and
Frank Goldberg, for appellant; Howard C. Goldman, of counsel;
Shulman, Shulman & Abrams and Berger & Newmark, for appellee;
Meyer Abrams, of counsel. Opinion by JUSTICE FRIEND. Not to be
published in full. Opinion filed December 12, 1950; released for
publication January 17, 1951.

## C. N. Hollerich, Executor of Last Will and Testament of Pena Gronbach, Deceased et al., Appellants, v. George Gronbach et al., Appellees.

### Gen. No. 10,421.